WILLIAM DEYERMAND, Executor, etc., Appellant, *v.* HENRY
CHAMBERLIN, Impleaded, etc., Respondent.

(Argued March 13, 1882; decided March 21, 1882.)

THIS was an action to foreclose a mortgage.

Defendant Chamberlain, who purchased the premises subsequent to the execution of the mortgage, was sought to be held liable for a deficiency because of a clause in his deed assuming and agreeing to pay the mortgage. It appeared that said clause was inserted without the knowledge and contrary to the intention of the parties to the deed, and was not at any time accepted or assented to by Chamberlain, and he only became aware of its existence after the commencement of the suit. *Held,* that Chamberlain was not liable, the court citing *Kilmer* v. *Smith* (77 N. Y. 226); *Albany City S'v'gs Inst'n* v. *Burdick* (87 id. 40).

*I. F. Williams* for appellant.

*Stephen G. Clarke* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

A subsequent motion was made for a reargument, which was denied April 18, 1882.

DANFORTH, J., writing opinion.